UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LUDWIG ZELAYA-ROMERO,

        Plaintiff,

-against-

A.J. BUSSANICH and R. BEAUDOUIN,

        Defendants.

-----------------------------------------------------------X

17 CIVIL 9651 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2020, Defendants' motion to substitute the United States as a defendant for Plaintiff's negligence and medical malpractice claims is granted; the United States motion to dismiss those claims for lack of subject-matter jurisdiction is granted, and Defendants' motion for summary judgment on Plaintiff's constitutional claims is granted; the dismissal of Plaintiff's claims is without prejudice to Plaintiff's reasserting the claims in a new action after exhausting he distinct administrative procedures each claim requires; accordingly, this case is closed.

Dated: New York, New York
       March 29, 2020

                              **RUBY J. KRAJICK**
                              _____
                              Clerk of Court
              BY:
                              _____
                              **Deputy Clerk**